**PHILLIPS DAYES**
NATIONAL EMPLOYMENT LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
Telephone: 1-800-JOB-LAWS
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
treyd@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 301
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Small, | Case No.: 2:13-cv-2347-JWS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Ricochet Excavating, LLC, et al., | |
| Defendants. | |

The parties stipulate that this matter be dismissed with prejudice, each side to bear its own fees and costs.

Dated: August 28, 2014                    Respectfully submitted,

**PHILLIPS DAYES NATIONAL EMPLOYMENT LAW FIRM PC**

By /s/Trey Dayes
     Trey Dayes

Attorneys for Plaintiff

**TREON & SHOOK, PLLC**

By /s/Daniel B. Treon (with permission)
     Daniel B. Treon, Esq.

Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2014, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Daniel B. Treon, Esq.
TREON & SHOOK, PLLC
dbt@treonshook.com
Attorneys for Defendants

By: /s/Ron Foltz
    Ron Foltz
    Legal Case Manager (Non Attorney)
    for Trey Dayes