# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

JEREMY SMALL  v.  RICOCHET EXCAVATING, *et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:13-cv-02347-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: August 29, 2014

The parties' stipulation at docket 16 for dismissal with prejudice each side to bear its own costs and fees is effective without an order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court will please close this file.